WILBUR, Appellant, v. ROCHESTER RY. CO., Respondent. (Supreme Court, Appellate

Division, Fourth Department. May 28, 1907.) Action by Cezum Wilbur against the Rochester Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and KRUSE, JJ., dissent.